# CHAPTER 13 PLAN (INDIVIDUAL ADJUSTMENT OF DEBTS)

**Debtor :**  Joseph Dale Edwind Baker                     **SS#** XXX-XX-1352
**CoDebtor:** Pauline Denise Baker                         **SS#** XXX-XX- 8150
**Address :** 2526 Bassfield Drive
              Memphis, TN 38133

**First Payment Date:**  Within 30 days

**Plan Payment:**  Debtor(s) to pay $D1- $239.00 weekly; D2- $517.00 semi-monthly

**Payroll Deduction:**  Tango Transport                    Ceridian
                       6009 Financial Plaza                P.O. Box 397
                       Shreveport, LA 71129                Parsons, TN 38363

**( ) Direct pay because:**

**Administrative:**  Pay filing fees, Trustee fee, and Debtor's Attorney fee, pursuant to Court Order.

**AUTO INSURANCE:**  (X) Not included in plan    ( ) Included in plan

**CHILD SUPPORT :**  Future support through plan to:                     **MONTHLY PYMT**
                                                                         $_____
                                                                         $_____
                     **Child support arrearage:**
                                                                         $_____
                                                                         $_____

**PRIORITY CREDITORS:**                                                  $_____
                                                                         $_____

**HOME MORTGAGE:** If no arrearage, ongoing payments are to be paid directly by the Debtor(s). Otherwise, the Chapter 13 Trustee shall serve as the disbursing agent.

| Creditor | Detail | Monthly |
|---|---|---|
| Bank of America | ongoing payment begin Feb., 2015 | $ 1100.00 |
|  | Approximate arrearage $20,900.00; interest 0 % | $ 349.00 |
| SN Servicing Corp. | ongoing payment begin ___, 2015 | $ 0.00 |
|  | Principal Balance $ 6295.00 ; interest 10.5 % | $ 136.00 |
|  | ongoing payment begin ___, 2015 | $_____ |
|  | Approximate arrearage $____; interest ____% | $_____ |

**SECURED CREDITORS:** Retain lien 11 U.S.C. 1325(a)(5). Adequate protection will be ¼ (25%) of proposed creditor monthly payment.

| NAME OF CREDITOR | VALUE COLLATERAL | INT RATE | MONTHLY PYMT |
|---|---|---|---|
| Keith S. Collins Co., LLC- Homeowners Association | $ 357.00 | 0 % | $ 20.00 |
|  | $_____ | ___% | $_____ |
| Independent Bank | $ 5459.00 | 5 % | $ 104.00 |
| (2009 Ford Escape 4D Utility XLT 2WD) | $_____ | ___% | $_____ |
|  | $_____ | ___% | $_____ |
| Capital One Retail | $ 3183.00 | 5 % | $ 80.00 |
| (2009 Yamaha Motorcycle Cruiser V-Star Custom) | $_____ | ___% | $_____ |
|  | $_____ | ___% | $_____ |
|  | $_____ | ___% | $_____ |
|  | $_____ | ___% | $_____ |
|  | $_____ | ___% | $_____ |
|  | $_____ | ___% | $_____ |
|  | $_____ | ___% | $_____ |
|  | $_____ | ___% | $_____ |

**ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED DEBTS.**
**GENERAL UNSECURED CREDITORS** will receive **TBD** %
**ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: $   36,666.00**
**TERMINATION:** Plan shall terminate upon payment of the above, approximately **60** months.
**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN**